Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-414-661

**Effective Date of Registration:**
May 29, 2024
**Registration Decision Date:**
September 26, 2024

## Title _____

        **Title of Work:** Full Of Love

## Completion/Publication _____

        **Year of Completion:** 2018
        **Date of 1st Publication:** February 03, 2018
        **Nation of 1st Publication:** United States

## Author _____

-         **Author:** Vesna Delevska
        **Author Created:** 2-D artwork
        **Citizen of:** United States

## Copyright Claimant _____

        **Copyright Claimant:** Vesna Delevska
        Vesna Art Gallery, 2114 Mid Rivers Mall, St.Peters, MO, 63376, United States

## Rights and Permissions _____

        **Name:** Vesna Delevska
        **Email:** vesna@vesna-art.com
        **Address:** Vesna Art Gallery
        2114 Mid Rivers Mall
        St.Peters, MO 63376 United States

## Certification _____

        **Name:** David Denholm
        **Date:** May 29, 2024



# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-414-666

**Effective Date of Registration:**
May 29, 2024
**Registration Decision Date:**
September 26, 2024

---

## Title

**Title of Work:** New Day

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** May 18, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Vesna Delevska
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Vesna Delevska
Vesna Art Gallery, 2114 Mid Rivers Mall, St.Peters, MO, 63376, United States

---

## Rights and Permissions

**Name:** Vesna Delevska
**Email:** vesna@vesna-art.com
**Address:** Vesna Art Gallery
2114 Mid Rivers Mall
St.Peters, MO 63376 United States

## Certification

**Name:** David Denholm
**Date:** May 29, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-414-683

**Effective Date of Registration:**
May 29, 2024
**Registration Decision Date:**
September 26, 2024

---

## Title
_____

**Title of Work:** Just Enjoying It

## Completion/Publication
_____

**Year of Completion:** 2017
**Date of 1st Publication:** May 05, 2017
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Vesna Delevska
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Vesna Delevska
Vesna Art Gallery, 2114 Mid Rivers Mall, St.Peters, MO, 63376, United States

## Rights and Permissions
_____

**Name:** Vesna Delevska
**Email:** vesna@vesna-art.com
**Address:** Vesna Art Gallery
2114 Mid Rivers Mall
St.Peters, MO 63376 United States

## Certification
_____

**Name:** David Denholm
**Date:** May 29, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VA 2-414-665

**Effective Date of Registration:**
May 29, 2024
**Registration Decision Date:**
September 26, 2024

## Title _____

**Title of Work:** Pink Mood

## Completion/Publication _____

**Year of Completion:** 2020
**Date of 1st Publication:** February 08, 2020
**Nation of 1st Publication:** United States

## Author _____

- **Author:** Vesna Delevska
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant _____

**Copyright Claimant:** Vesna Delevska
Vesna Art Gallery, 2114 Mid Rivers Mall, St.Peters, MO, 63376, United States

## Rights and Permissions _____

**Name:** Vesna Delevska
**Email:** vesna@vesna-art.com
**Address:** Vesna Art Gallery
2114 Mid Rivers Mall
St.Peters, MO 63376 United States

## Certification _____

**Name:** David Denholm
**Date:** May 29, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-406-346

**Effective Date of Registration:**
May 29, 2024
**Registration Decision Date:**
August 05, 2024

---

## Title

**Title of Work:** Alive

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** August 08, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Vesna Delevska
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Vesna Delevska
Vesna Art Gallery, 2114 Mid Rivers Mall, St.Peters, MO, 63376, United States

---

## Rights and Permissions

**Name:** Vesna Delevska
**Email:** vesna@vesna-art.com
**Address:** Vesna Art Gallery
2114 Mid Rivers Mall
St.Peters, MO 63376 United States

## Certification

**Name:** David Denholm
**Date:** May 29, 2024



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

**VA 2-414-657**

**Effective Date of Registration:**
May 29, 2024
**Registration Decision Date:**
September 26, 2024

---

## Title

**Title of Work:** Happiness

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** August 29, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Vesna Delevska
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Vesna Delevska
Vesna Art Gallery, 2114 Mid Rivers Mall, St.Peters, MO, 63376, United States

## Rights and Permissions

**Name:** Vesna Delevska
**Email:** vesna@vesna-art.com
**Address:** Vesna Art Gallery
2114 Mid Rivers Mall
St.Peters, MO 63376 United States

## Certification

**Name:** David Denholm
**Date:** May 29, 2024

Page 1 of 2

