IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

VESNA DELEVSKA,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:24-cv-12185

Judge Matthew F. Kennelly

Magistrate Judge Laura K. McNally

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 71 | HSMQHJWE Clothing |
| 14 | CylLIIjian |
| 32 | WEUFSO887 |
| 33 | GoodVIS |
| 34 | Deals of the day clearance today deals lightning |
| 55 | ASFHML |
| 59 | Ediodpoh wardrobe |
| 67 | ZKLi Fashion |
| 79 | PMUYBHF |
| 82 | EHQJNJ |
| 89 | JIRNDf |
| 93 | Spring Greeting |
| 98 | Uinagy |
| 101 | SNOWKITTEN |
| 102 | Din699h |
| 108 | LDCDGS |
| 5 | Jiang jian hong |
| 23 | JesMolla US |
| 25 | Genius maker |
| 1 | ☆☆☆☆☆AFHNAC✈✈7-15 Days Delivery |

| | |
|---|---|
| 4 | Byrid |
| 8 | ZHWHMH |
| 9 | JIOEEH |
| 10 | Clearance Sales Today Deals Prime Litetao |
| 13 | WUTYU |
| 17 | Wanqidianzi |
| 7 | rexiao shop |
| 40 | Fimkaul |
| 42 | Mashaouyo |
| 45 | Ryawan |
| 51 | Jiyugala |
| 52 | HATTEN store |
| 53 | denetytres |
| 60 | Baberdicy |
| 63 | CUNSOUTH |
| 64 | YUBNET |
| 65 | Cdahjing |
| 66 | SHENHEGREY |
| 16 | Lightning Deals of Today szfengsui |
| 29 | YinheX sports |
| 15 | TOWMUS |

DATED: December 27, 2024

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on December 27, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                     */s/ Keith A. Vogt*
                                                     Keith A. Vogt